UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Plaintiff | ) | CASE NO: 5:10CR0044 |
| | ) | |
| -vs- | ) | |
| | ) | |
| JUAN A. OTERO, | ) | ORDER ADOPTING |
| | ) REPORT AND RECOMMENDATION OF | |
| | ) MAGISTRATE JUDGE VECCHIARELLI | |
| | ) | |
| Defendant. | ) | |

This matter was referred to Magistrate Judge Nancy A. Vecchiarelli for purposes of receiving, on consent of the parties, the Defendant's offer of a plea of guilty, conducting the colloquy prescribed by Fed.R.Crim.P.11, causing a verbatim record of the proceedings to be prepared, referring the matter, if appropriate, for presentence investigation and submitting a Magistrate Judge's Report and Recommendation stating whether the plea should be accepted and a finding of guilty enter.

The Defendant, Juan A. Otero, accompanied by counsel, proffered a plea of guilty before Magistrate Judge Vecchiarelli to Count 1 of the Indictment on April 22, 2010.

The Court finds that the Defendant's proffer of guilty was made under oath, knowingly, intelligenty and voluntarily and that all requirements imposed by the United States Constitution and Fed.R.Crim.11 are satisfied.

Therefore, the Court adopts the Report and Recommendation of Magistrate Judge Vecchiarelli, approves the plea agreement, accepts the Defendants' offer of guilty and finds the Defendant guilty as charged in the Indictment.

IT IS SO ORDERED.

s/Christopher A. Boyko
Christopher A. Boyko
United States District Court Judge

May 11, 2010